# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BOBBY DARRELL COLBERT,

        Petitioner,

v.

RON HAYNES,

        Respondent.

Case No. C18-1350-RSM-JPD

ORDER DIRECTING RESPONSE TO PETITIONER'S MOTION FOR RELEASE FROM CONFINEMENT

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for release from confinement. Respondent has not filed any response to that motion, perhaps because the motion was filed before counsel had appeared on behalf of respondent. Given the nature of the motion, the Court deems it necessary to obtain a response from respondent before issuing any ruling on the motion. Accordingly, the Court hereby ORDERS as follows:

(1) Respondent is directed to file a response to petitioner's motion for release from confinement (Dkt. 13) not later than ***November 19, 2018***. Petitioner's motion, which was not submitted with a noting date, is noted on the Court's calendar for consideration on ***November 23,***

ORDER DIRECTING RESPONSE TO
PETITIONER'S MOTION FOR
RELEASE FROM CONFINEMENT - 1

*2018*.  If petitioner wishes to file a reply brief in support of his motion, he must do so by that date.

(2) The Clerk is directed to send copies of this Order to petitioner and to counsel for respondent.

Dated this 26th day of October, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER DIRECTING RESPONSE TO
PETITIONER'S MOTION FOR
RELEASE FROM CONFINEMENT - 2