UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY DARRELL COLBERT,<br><br>                Petitioner,<br><br>   v.<br><br>RON HAYNES,<br><br>                Respondent. | Case No. C18-1350-RSM-JPD<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on respondent's second motion for an extension of time to file an answer to petitioner's petition for writ of habeas corpus. Petitioner has not opposed the motion. The Court, having reviewed respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's second motion for an extension of time to file his answer to petitioner's federal habeas petition (Dkt. 21) is GRANTED. Respondent is directed to file his answer not later than *January 25, 2019*.

ORDER GRANTING RESPONDENT'S SECOND
MOTION FOR EXTENSION OF TIME - 1

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Ricardo S. Martinez.

DATED this 4th day of January, 2019.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S SECOND
MOTION FOR EXTENSION OF TIME - 2