# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOBBY DARRELL COLBERT, | CASE NO. C18-1350RSM |
| Petitioner, | ORDER ON LIMITED REMAND DENYING A CERTIFICATE OF APPEALABILITY |
| v. | |
| RON HAYNES, | |
| Respondent. | |

This matter is before the Court on a limited remand from the Ninth Circuit Court of Appeals for the "purpose of granting or denying a certificate of appealability at the court's earliest convenience." Dkt. #51. The Court previously dismissed Petitioner's § 2254 Petition, as recommended by United States Magistrate Judge Michelle Peterson, finding that it was an improperly filed successive habeas petition. Dkt. #43. Petitioner had filed four prior petitions challenging his state court judgment and argued that this Petition, his fifth, was not successive because his judgment had been amended. The "amendment" was correction of a scrivener's error incorrectly listing the statutory maximum term for a convicted offense. The "amendment" did not alter the crimes that Petitioner was convicted of or the sentence that was imposed. With no legal support for Petitioner's position, the Court concluded that "the Petition is an improperly filed successive petition and should be dismissed." *Id.* at 2.

ORDER – 1

A petitioner seeking post-conviction relief under § 2254 may appeal this Court's dismissal of his habeas petition only after obtaining a certificate of appealability from a district or circuit judge. 28 U.S.C.§ 2253(c)(1)(A). The Court finds that a Certificate of Appealability ("COA") is not warranted in this case. A COA may issue only where a petitioner has made "a substantial showing of the denial of a constitutional right." *See id*. § 2253(c)(3). A petitioner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Because reasonable jurists cannot differ in that conclusion that the Petition is successive, it does not deserve encouragement to proceed further.

Accordingly, having reviewed the record, the Court finds and ORDERS that a certificate of appealability is DENIED. The Clerk shall forward a copy of this Order to the Ninth Circuit Court of Appeals.

Dated this 6 day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2